FILED
OCT 22 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ENDEAVOR ENERGY RESOURCES, LIMITED PARTNERSHIP, § § § | |
| V. § | NO. MO-07-CV-046 |
| § § | |
| CITY OF MIDLAND, TEXAS § | |

## ORDER DENYING MOTION TO INTERVENE, FILED OCTOBER 18, 2007.

Before the Court is Jud Walton's Motion to Intervene (Doc. #18) filed October 18, 2007 in the above-styled and numbered case. Nowhere in the Motion does counsel indicate whether this motion is opposed or that he has conferred with opposing counsel as required by Local Rule CV-7(h). Therefore, the Motion will be DENIED.

It is therefore ORDERED that Jud Walton's Motion to Intervene (Doc. #18) filed October 18, 2007 is DENIED.

It is so Ordered.

SIGNED this 27 day of October, 2007.

ROBERT JUNELL
UNITED STATES DISTRICT JUDGE